PROB 12C
(6/16)

Report Date: November 10, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Alfredo Campos          Case Number: 0980 4:20CR06015-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 12, 2021

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 21 months;          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Ian Garriques              Date Supervision Commenced: November 5, 2021

Defense Attorney:       Paul Shelton               Date Supervision Expires: November 4, 2024

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his term of supervised release by failing to report to the probation office, within 72 hours of release from imprisonment, on November 8, 2021.<br><br>On November 5, 2021, Mr. Campos was released from the United States Bureau of Prisons (BOP). Mr. Campos did not report in person to the probation office nor did he attempt to make telephonic contact with the undersigned officer within 72 hours of release from imprisonment by November 8, 2021.<br><br>On November 9, 2021, the undersigned officer made telephonic contact with Mr. Campos' father who confirmed Mr. Campos released from BOP custody on November 5, 2021. He reported Mr. Campos has a cellular phone, but he did not know the phone number. He agreed to give Mr. Campos the message to call the undersigned officer on this same date by 3 p.m. Mr. Campos did not contact the undersigned officer. Mr. Campos has not made any effort to report in person or telephonically to the probation office. |

Prob12C
**Re: Campos, Samuel Alfredo**
**November 10, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 10, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November 10, 2021
Date