PROB 12C
(6/16)

Report Date:  April 5, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 06, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Alfredo Campos        Case Number: 0980 4:20CR06015-EFS-1

Address of Offender: Last known:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 12, 2021

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Dominique Juliet Parks | Date Supervision Commenced: November 5, 2021 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: November 4, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2021.

On November 5, 2021, Mr. Campos released from the Bureau of Prison (BOP). He did not report to the probation office within 72 hours of release, and subsequently absconded. A violation report was completed and a warrant was issued on November 10, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Samuel Alfredo Campos is considered to be in violation of his term of supervised release by possessing a controlled substance, methamphetamine, on or about April 1, 2022. |

On April 1, 2022, the U.S. Marshals Service and task force agents obtained information on Mr. Campos' whereabouts.  Surveillance was conducted at the Crown Village Apartments located at 445 North Volland in Kennewick, Washington.  During the surveillance, Mr. Campos was observed leaving the complex and entering the back passenger seat of a vehicle that was confirmed as reported stolen. A high risk stop of the vehicle was conducted by the agents, assisted by Kennewick Police Department officers. The driver, Ashley Moungmany;

Prob12C
**Re: Campos, Samuel Alfredo**
**April 5, 2022**
**Page 2**

the front passenger, Jonathan Ramirez; and Mr. Campos were removed from the car without incident.  Mr. Campos was detained and pat searched. In his pants pocket, he was found to have a baggie with a white substance, which he advised the arresting agent was methamphetamine. He was also found with a small container that had an estimated 22-23 blue pills, each marked with an "M" on one side and a "30" on the other side. The agent suspected they were fentanyl pills; however, Mr. Campos denied knowing what these pills were. The items were photographed and placed in into evidence.

3
**Special Condition # 16**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

**Supporting Evidence**: Mr. Campos is considered to be in violation of his term of supervised release by not residing at his approved residence and changing his living situation from on or about November 5, 2021 to April 1, 2022.

Mr. Campos released from prison on November 5, 2021. He was approved to reside with his parents at 518 North 8th Avenue in Pasco, Washington.  Mr. Campos failed to report to U.S. Probation after his release and also failed to register as sex offender with the Franklin County Sheriff's Office. Mr. Campos subsequently absconded and has been on abscond status since his release from prison. The U.S. Marshals received information that Mr. Campos was staying at the Crown Village Apartments in Kennewick, specifically in apartment E-203. Surveillance was conducted and Mr. Campos was observed at the location, entering and exiting an apartment. This was not an approved residence for Mr. Campos.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/05/2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

**Prob12C**
**Re: Campos, Samuel Alfredo**
**April 5, 2022**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]   Defendant to appear before the Judge assigned to the
         case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_Edward F. Shea_
_____
Signature of Judicial Officer

_4/6/2022_
_____
Date