PROB 12C
(6/16)

Report Date: May 31, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Samuel Alfredo Campos | Case Number: 0980 4:20CR06015-EFS-1 |
| Address of Offender: Last known: ▇▇▇▇▇▇ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: May 12, 2021 | |
| Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Dominique Juliet Park | Date Supervision Commenced: November 5, 2021 |
| Defense Attorney: Paul Shelton | Date Supervision Expires: November 4, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2021 and 4/6/2022.

On November 5, 2021, Ms. Campos released from the Bureau of Prison (BOP). He did not report to the probation office within 72 hours of release, and subsequently absconded. A violation report was completed and a warrant was issued on November 10, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Samuel Alfredo Campos is considered to be in violation of his term of supervised release by committing the offense of failure to register as a sex offender on or about November 5, 2021 to April 1, 2022. |
| | According to the Affidavit in Support of Probable Cause Statement, Mr. Campos was required to reside at 519 North 8th Avenue in Pasco, Washington, when he released from federal prison. Mr. Campos failed to register with the Franklin County Sheriff's Office upon his release from prison on November 5, 2021. On May 9, 2022, Mr. Campos was charged in Franklin County Superior Court, case 22-1-50242-11, for failure to register as a sex offender. |

Prob12C
**Re: Campos, Samuel Alfredo**
May 31, 2022
Page 2

    5    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Samuel Alfredo Campos is considered to be in violation of his term of supervised release by committing the offense of unlawful delivery of a controlled substance, fentanyl, on or about January 1 to 14, 2022; and March 7 to 21, 2022.

On May 24, 2022, Mr. Campos was charged in Franklin County Superior Court, case number 22-1-50267-11, with two counts of unlawful delivery of a controlled substance, fentanyl. According to the Affidavit in Support of Probable Cause Statement, Mr. Campos, on two occasions, sold counterfeit oxycodone tablets containing fentanyl and methamphetamine during the months of January and March 2022, during a controlled-buy operation with the Tri-City Metro Drug Task Force in Franklin County, Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 31, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 6, 2022

Date