PROB 12C
(6/16)

Report Date: December 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Alfredo Campos        Case Number: 0980 4:20CR06015-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮, Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 12, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/17/2023) | Prison- 12 months; TSR- 24 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: March 31, 2023 (tolled until released from state prison on 07/27/2023) |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: July 26, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On July 27, 2023, conditions of supervised release were reviewed with Mr. Campos. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must live at an approved residence and must not change your living situation without advance approval of the supervising officer. |
| | **Supporting Evidence**: Mr. Campos  is considered to be in violation of his supervised release condition by not residing at his approved residence since on or about November 25, 2023. |
| | On November 28, 2023, the undersigned officer received an notification that the Washington State Department of Corrections (DOC) issued a warrant on Mr. Campos. |
| | On November 29, 2023, the undersigned officer called the Washington State DOC field office in Walla Walla, Washington, where Mr. Campos is being supervised on community custody. The undersigned officer spoke with Community Corrections Officer Shawn Oliver, |

Prob12C
**Re: Campos, Samuel Alfredo**
December 1, 2023
Page 2

who is the assigned officer supervising Mr. Campos, and confirmed a warrant was issued for Mr. Campos. The undersigned officer inquired about the reasoning of the issuance of the warrant and was informed Mr. Campos received permission to travel to Tri-Cities, Washington, area, from November 22 to 25, 2023, to spend the holidays with family. He was directed to return back to his residence in Walla Walla, on November 25, 2023. Mr. Campos failed to return and has made himself unavailable for supervision.

The undersigned officer attempted to make contact with Mr. Campos by sending him a text message and received no response, attempted to make telephone contact with Mr. Campos and was unsuccessful, and attempted to make a collateral contact with Mr. Campos' ex-wife, Eva Campos, to inquire about Mr. Campos' whereabouts and was unsuccessful.

On November 30, 2023, the undersigned officer attempted to make telephone contact with Mr. Campos once again and was unsuccessful. The undersigned officer spoke with the house manager, Clay, from the Oxford House in Walla Walla, where Mr. Campos has been approved to reside, and was informed that Mr. Campos has not been at the residence.

Additionally, the undersigned officer conducted a home visit and spoke with the house manager, Clay, and again confirmed that Mr. Campos has not returned back to the residence since November 25, 2023.

After several attempts from the undersigned officer to contact Mr. Campos by telephone and text message, no responses or phone calls were received. He has not made any attempts to contact the United States Probation Office or the undersigned officer. At this time, Mr. Campos's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 1, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

December 5, 2023

Date