PROB 12C
(6/16)

Report Date: February 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samuel Alfredo Campos | Case Number: 0980 4:20CR06015-EFS-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 12, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/17/2023) | Prison- 12 months; TSR- 24 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: March 31, 2023 (tolled until released from state prison on 07/27/2023) |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 26, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 12/1/2023. An arrest warrant has been previously issued by the Court for Mr. Campos.

On July 27, 2023, conditions of supervised release were reviewed with Mr. Campos. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by being charged in Benton County District Court, with possession of controlled substance, on or about February 21, 2024.<br><br>On February 21, 2024, the undersigned officer received information from the United States Marshals Service (USMS) that Mr. Campos was arrested in Kennewick, Washington, and taken into custody for an outstanding Washington State Department of Corrections (DOC) warrant, and for the federal warrant issued by the Court. |

Prob12C
**Re: Campos, Samuel Alfredo**
**February 28, 2024**
**Page 2**

        The undersigned officer was further informed that during the arrest officers discovered fentanyl pills, fentanyl powder, and methamphetamine in the vehicle that Mr. Campos was the sole occupant of. Mr. Campos was served with a criminal citation by an officer from the Kennewick Police Department (KPD).

        On February 27, 2024, the undersigned officer conducted a records check on Mr. Campos on the Judicial Access Browser System to confirm if charges had been filed on Mr. Campos. The undersigned officer confirmed Mr. Campos has a pending charge for one count of possession of controlled substance, Benton County District Court case number 4A0248560.

3        **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

        **Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by possessing a controlled substance, fentanyl, on or about February 21, 2024.

        As noted in violation 2, on February 21, 2024, the undersigned officer received information from the USMS that Mr. Campos was arrested in Kennewick for his outstanding warrants. The undersigned officer was further informed that during the search of the vehicle, in which Mr. Campos was the sole occupant, officers discovered 14 blue fentanyl pills with the letter "M" on them that weighed 13.91 grams, and a bag of fentanyl powder that weighed 16.66 grams. A KPD officer field tested these controlled substances confirming the presence of fentanyl.

4        **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

        **Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or about February 21, 2024.

        As noted in violation 2, on February 21, 2024, the undersigned officer received information from the USMS that Mr. Campos was arrested in Kennewick for his outstanding warrants. The undersigned officer was further informed that during the search of the vehicle, in which Mr. Campos was the sole occupant, officers discovered a bag of methamphetamine that weighed 22.06 grams. A KPD officer field tested these controlled substance confirming the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

Prob12C
**Re: Campos, Samuel Alfredo**
**February 28, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

March 4, 2024

Date