Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:20-CR-06015-EFS |
| Plaintiff, | Motion for Detention |
| v. | |
| SAMUEL ALFREDO CAMPOS, | |
| Defendant. | |

The United States moves for detention of Defendant, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d) and 18 U.S.C. § 3143(a).

A. 18 U.S.C. § 3143(a)

1. Eligibility of Case

This case is eligible for a detention order because Defendant is pending a hearing on a violation of probation or supervised release.

2. Reason for Detention

The Court should detain Defendant because the Court cannot find by clear and convincing evidence that (check one or both):

Motion for Detention - 1

☒    Defendant is not likely to flee; and/or

☒    Defendant will not pose a danger to the safety of any other person or the community if released.

The burden of establishing by clear and convincing evidence that Defendant will not flee or pose a danger to any other person or the community rests with Defendant.

3.    Time for Detention Hearing

The United States requests that the Court conduct the detention hearing:

☐    At the first appearance, or

☒    After a continuance of three days.

B.  No Contact Order

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social

Motion for Detention - 2

1 | media, and/or any contact through any third person or parties.

2 |     Dated:  December 9, 2024.

                                    Vanessa R. Waldref
                                    United States Attorney

                                  <u>s/ Timothy J. Ohms</u>
                                  Timothy J. Ohms
                                  Assistant United States Attorney

Motion for Detention - 3

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant's counsel of record, if any have been appointed or retained.

s/ Timothy J. Ohms
Timothy J. Ohms
Assistant United States Attorney
