PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 18, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Samuel Alfredo Campos | Case Number: | 0980 4:20CR06015-EFS-1 |
| Last Known Address of Offender: | ▮ Pasco, Washington 99301 | | |
| Name of Sentencing Judicial Officer: | The Honorable Edward F. Shea, Senior U.S. District Judge | | |
| Date of Original Sentence: | May 12, 2021 | | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2) | | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(11/17/2022) | Prison - 12 months<br>TSR - 24 months | | |
| Revocation Sentence:<br>(04/22/2024) | Prison - 7 months<br>TSR - 17 months | | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | October 11, 2024 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | Tolling |

## PETITIONING THE COURT

To issue a warrant.

Mr. Campos has not made himself available for supervision; however, the Court reviewed conditions at the time of the revocation sentence with Mr. Campos.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his term of supervised release by failing to report to United States Probation within 72 hours of release from imprisonment, on or before October 15, 2024. |

Prob12C
**Re: Campos, Samuel Alfredo**
**October 18, 2024**
Page 2

On October 11, 2024, Mr. Campos released from the Bureau of Prisons. He was required to report to U.S. Probation with in 72 hours of release, on or before October 15, 2024. Mr. Campos has not made any attempts to contact the U.S. Probation Office since his release.

On October 18, 2024, the undersigned officer attempted to make telephone contact with Mr. Campos and was unsuccessful. At this time, Mr. Campos's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 18, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

October 18, 2024
Date