PROB 12C
(6/16)

Report Date: November 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samuel Alfredo Campos | Case Number: 0980 4:20CR06015-EFS-1 |

Last Known Address of Offender: ▓▓▓▓▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 12, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/17/2022) | Prison - 12 months<br>TSR - 24 months | |
| Revocation Sentence:<br>(04/22/2024) | Prison - 7 months<br>TSR - 17 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: October 11, 2024 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 10/18/2024. An arrest warrant has been previously issued by the Court for Mr. Campos.

On July 27, 2023, conditions of supervised release were reviewed with Mr. Campos. He signed his judgment acknowledging an understanding of his conditions of supervision. On April 22, 2024, the Court reviewed conditions of supervised release with Mr. Campos at the time of the revocation sentence.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by being charged in Benton County District Court with controlled substance-knowingly possess, on or about November 20, 2024.<br><br>On November 20, 2024, the undersigned officer received information from Benton County Sheriffs Office (BCSO) that Mr. Campos was arrested in Kennewick, Washington, and taken into custody for an outstanding Washington State Department of Corrections (DOC) warrant, and for a new controlled substance charge. |

Prob12C
**Re: Campos, Samuel Alfredo**
**November 20, 2024**
**Page 2**

    The undersigned officer further conducted a records check on Mr. Campos on the Judicial Access Browser System to confirm if charges had been filed on Mr. Campos. The undersigned officer confirmed Mr. Campos has a pending charge for one count of controlled substance-knowingly possess, Benton County District Court case number 4A0843332.

    Later this date, the undersigned officer confirmed Mr. Campos was served with a criminal citation by a BCSO deputy. The undersigned officer obtained a report from BCSO regarding the pending charge for one count of controlled substance-knowingly possess. According to the report, on November 20, 2024, BCSO made contact with Mr. Campos at approximately 12:40 a.m. at a Circle K gas station located at 22 S. Gum Street, Kennewick, and arrested Mr. Campos on his outstanding DOC warrant. Mr. Campos was transported to the Benton County Jail and during his intake search, correction's staff located a small clear bag with white crystalized substance in Mr. Campos' front small pocket, it was later NIK tested by a BCSO deputy, and presumptive positive for methamphetamine.

3    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

    **Supporting Evidence**: Mr. Campos is considered to be in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or about November 20, 2024.

    Please refer to narrative in violation 2.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | November 20, 2024 |
| | s/Jose Valencia |
| | Jose Valencia<br>U.S. Probation Officer |

Prob12C
Re: Campos, Samuel Alfredo
November 20, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 20, 2024

Date